NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


DAMIEN D. FREEMAN,                      )
                                        )
          Appellant,                    )
                                        )
v.                                      )          Case No. 2D18-2766
                                        )
STATE OF FLORIDA,                       )
                                        )
          Appellee.                     )
_____ )

Opinion filed May 3, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Polk County; William Sites, Judge.


PER CURIAM.


          Affirmed.


CASANUEVA, KHOUZAM, and BLACK, JJ., Concur.